**Opinion issued August 9, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00516-CV

———————————

**SARATOGA HOMES OF TEXAS, LLC, Appellant**

**V.**

**P2W INVESTMENTS, LLC DBA 1ST CHOICE ROOFING; RAPID CONSTRUCTION & CONTRACTING, L.L.C.; PROHVAC SOLUTIONS, LLC; LUCKY A & V INVESTMENTS, LLC DBA CUSTOM AIR SYSTEMS AND QUICK ROOFING, LLC, Appellees**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-40396**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss its appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.